**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 21-10589 |
| Eduardo R. Morales Chavez, | ) | Chapter 7 |
| Debtor. | ) | Honorable Janet S. Baer |
| Beacon Funding Corporation, | ) | Adversary Proceeding No. 23-00007 |
| Plaintiff, | ) | |
| v. | ) | |
| Eduardo R. Morales Chavez, | ) | |
| Defendant. | ) | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

This matter coming before the Court on the status of the above-captioned adversary proceeding,

IT IS HEREBY ORDERED THAT the above-captioned adversary proceeding is dismissed on the Plaintiff's Oral Motion to Dismiss.

DATED: September 26, 2025

ENTER:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge